SECURITY LIFE INS. CO. OF AMERICA, Appellant, v. SISTERS OF MERCY OF THE BUFFALO DIOCESE, Respondent. (Supreme

Court, Appellate Division, Fourth Department, July 11, 1911.) Action by the Security Life Insurance Company of America against the Sisters of Mercy of the Buffalo Diocese.

PER CURIAM. Judgment and orders affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent.